OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

May 2, 2007

Christopher F. Graham  
Thracher Proffitt & Wood LLP  
50 Main Street  
White Plains, NY 10606

      RE:    Coffee Bean Trading-Roasting LLC v. Coffee Holding Inc.  
              Civil Action No.: 07cv235

Dear Counsel:

      The above referenced action was filed in this district on 5/1/07.

      Pursuant to Local Rule 83.5(d) of Civil Practice for the United States District Court for the District of Delaware, it is required that all parties associate themselves with local counsel. Local Rule 83.5(d) reads as follows:

" An attorney not admitted to practice by the Supreme Court of Delaware may not be admitted pro hac vice in this Court unless associated with an attorney who is a member of the Bar of this Court and who maintains an office in the District of Delaware for the regular transaction of business, upon whom all notices, orders, pleadings and other papers filed in the cases shall be served and who shall be required to sign all papers filed with the Court, where the signature of an attorney is required, and attend before the Court, Clerk, United States Magistrate, Bankruptcy Judge, Auditors, Trustees, Receivers, or other officers of the Court. "

      Please have your local counsel enter an appearance on or before 6/4/07.

                            Sincerely,

                            Peter T. Dalleo  
                            Clerk of Court

                            By: /s/ Elizabeth Dinan  
                                Deputy Clerk