IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COFFEE BEAN TRADING-ROASTING, LLC, a Delaware limited liability company, | ) ) ) |
| Plaintiff/Counterclaim Defendant | ) ) ) |
| v. | ) C.A. No. 07cv235 ) |
| COFFEE HOLDING, INC., a Nevada corporation, | ) ) ) ) |
| Defendant/Counterclaim Plaintiff. | ) ) ) |

**STIPULATION AND ORDER OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41, it is hereby stipulated and agreed, by and between counsel for the parties and subject to Court approval, that the above-captioned action, including all claims and counterclaims, is hereby dismissed in its entirety and without prejudice to all claims and counterclaims, each party to bear its own fees and costs.

                PRICKETT, JONES & ELLIOTT, P.A.

                By: /s/ Paul A. Fioravanti, Jr.
                    Elizabeth M. McGeever (#2057)
                    Paul A. Fioravanti, Jr. (#3808)
                    1310 King Street

OF COUNSEL:           Wilmington, Delaware 19801
                           Phone: (302) 888-6500
Baker & McKenzie LLP       Fax: (302) 658-8111
Jose M. Ferrer              Attorneys for Plaintiff/Counterclaim Defendant
Donald J. Hayden
Mellon Financial Center
1111 Brickell Avenue, Suite 1700
Miami, Florida 33131
Phone: (305) 789-8900
Fax: (305) 789- 8953

Dated: June 7, 2007

20220.1\335832v1

                                             FOX ROTHSCHILD LLP

                                    By: /s/ Francis G.X. Pileggi
                                        Francis G.X. Pileggi (DE Bar No. 2624)
                                        Sheldon K. Rennie (DE Bar No. 3772)
                                        919 Market Street, Suite 1300
                                        Wilmington, Delaware  19801

OF COUNSEL:                       Attorneys for Defendant/Counterclaim Plaintiff
                                        Phone:  (302) 655-3667
Thacher Proffitt & Wood LLP      Fax:  (302) 656-8920
Christopher F. Graham
Lindsay S. Katz
Mary H. Mulhearn
Two World Financial Center
New York, New York  10281
Phone:  (212) 912-7669
Fax:  (212) 912-7751

Dated:  June 7, 2007


       IT IS SO ORDERED, this ___ day of _____, 2007.



                                              _____
                                              United States District Court Judge